■ A. VINCENT DiVIRGILIO et al., Individually and as Parents and Natural Guardians of JULIE ANN DiVIRGILIO and Others, Infants, Appellants, v SOUTHTOWNS INDUSTRIES, INC., Doing Business as SOUTHTOWNS INSULATION Co., Respondent, et al., Defendants. (Appeal No. 2.) [625 NYS2d 956] —Order unanimously affirmed without costs. Same Memorandum as in *Cottonaro v Southtowns Indus.* ([appeal No. 1] 213 AD2d 993 [decided herewith]). (Appeal from Order of Supreme Court, Niagara County, Cosgrove, J.—Summary Judgment.) Present —Denman, P. J., Fallon, Balio and Boehm, JJ.